**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 309 MAL 2014
:
                Respondent      :
                           : Petition for Allowance of Appeal from the
                           : Order of the Superior Court
        v.              :
                           :
                           :
JOSE B. RAMIREZ,         :
                           :
                Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.